# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

―――――――――――――――

Case No. 6D23-3746
Lower Tribunal No. 2023-CC-001993-0001-XX

―――――――――――――――

NANCY MATRAGRANO,

Appellant,

v.

WINDSONG CLUB APARTMENTS, LLC d/b/a WINDSONG CLUB APARTMENTS,

Appellee.

―――――――――――――――

Appeal from the County Court for Collier County.
Janeice T. Martin, Judge.

December 6, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and NARDELLA and BROWNLEE, JJ., concur.


Nancy Matragrano, Naples, pro se.

No Appearance for Appellee, Windsong Club Apartments, LLC d/b/a Windsong Club Apartments.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED